UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE REILLY,

    Plaintiff,

v.

                                      Case No. 22-cv-11952
                                      Hon. Matthew F. Leitman

ST. CLAIR COUNTY, *et al.*,

    Defendants.

_____/

# JUDGMENT

In accordance with the Opinion and Order (1) Adopting the Recommended Disposition of Report and Recommendation to Dismiss the "John Doe" Defendants (ECF No. 28); (2) Dismissing All Claims Against Defendants John Doe and Jane Doe; (3) Adopting the Recommended Disposition of Report and Recommendation Regarding Defendants' Amended Motion to Dismiss and Defendants' Original Motion to Dismiss (ECF No. 27); (4) Granting Defendants' Amended Motion to Dismiss Second Lawsuit (ECF No. 22); and (5) Denying Defendants' Original Motion to Dismiss (ECF No. 15) as Moot, dated May 18, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                                                         KINIKIA ESSIX  
                                                         CLERK OF COURT

                                   By:     s/Holly Ryan  
                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
United States District Judge

Dated: May 22, 2023  
Detroit, Michigan